GLAXO GROUP LIMITED and Smithkline Beecham Corporation, Plaintiffs–Appellees,

v.

KALI LABORATORIES, INC.,
Defendant–Appellant.

No. 06–1026.

United States Court of Appeals, Federal Circuit.

Oct. 24, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).